**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (CINCINNATI)**

| | | |
|---|---|---|
| In re: | § | Case No. **09-13358-JH** |
| | § | |
| **RUSSELL, GREGG E.** | § | Chapter **7** |
| **RUSSELL, CYNTHIA K.** | § | |
| | § | Judge: **HOPKINS** |
| Debtor(s). | § | |

**NOTICE TO THE CLERK OF SMALL DIVIDENDS**

**TO THE CLERK OF THE COURT:**

The attached checks totaling $13.14 represents the total sum of small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3011.  The name(s) and addresses of the parties entitled to those small dividends are as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| Chase Bank USA NA<br>Post Office Box 15145<br>Wilmington DE 19850-5145 | 000001 | 4.39 |
| Chase Bank USA NA<br>Post Office Box 15145<br>Wilmington DE 19850-5145 | 000002 | 3.57 |
| Chase Bank USA NA<br>Post Office Box 15145<br>Wilmington DE 19850-5145 | 000003 | 1.63 |
| Recovery Management Systems Corp<br>GE Money Bank<br>dba-Care Credit/GEMB<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131 | 000008 | 1.12 |
| American General Finance<br>Post Office Box 971<br>Evansville IN 47706-0971 | 000014 | 2.16 |
| Kettering Medical Center<br>Post Office Box 713085<br>Columbus OH 43271-3085 | 000015 | 0.27 |

Dated:  05/17/10                                    /s/ Elliott Polaniecki
                                                                        Case Trustee

cc:     U.S. Trustee